IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFRED ASHFORD, JR.,** : <br> Petitioner : <br> : <br> v. : <br> : <br> **WARDEN GREGORY BRIGGS, et al.,** : <br> Respondents : | No. 1:20-cv-01118 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 16th day of September 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his state court remedies;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
